

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00033-CV

TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES,
CARLA BROWN, GEORGIA
TRAYLOR, MELODY NALLS, LONA
MATHIS, AND CRYSTAL YOUNG

APPELLANTS

V.

AVONDA FOX, INDIVIDUALLY AND
AS NEXT FRIEND OF JACOB FOX,
DECEASED

APPELLEE

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  May 26, 2011